(. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

HP Tuners LLC

CASE NUMBER: 18-cv-2063

V.

ASSIGNED JUDGE: Judge Thomas M. Durkin

Worldly Exhibits

DESIGNATED
MAGISTRATE JUDGE: Judge Young B. Kim

TO: (Name and address of Defendant)

Worldly Exhibits
5201 Park Emerson Drive Suite A
Indianapolis, IN 46203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michele J. Brtaun
Law Offices of Michele J. Braun
1906 Maplewood Rd
Northbrook, IL 60062

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

March 22, 2018

DATE

Corp 1354

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE March 28 2018 |
| NAME OF SERVER (PRINT) Erin C Hobbs | TITLE CORPORAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

X B Knight                X Office work

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 28 2018    *Signature of Server*

Address of Server: 200 E Washington St Ste 1122
Indpls IN 46204

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**MARION COUNTY SHERIFF'S OFFICE**
John R. Layton
Judicial Enforcement – Civil Division
TELEPHONE: (317) 327-2461

**AFFIDAVIT OF RECORD OF SERVICE**

Corp 1354    Summons & complaint

CAUSE NUMBER __18 CV 2063__    CASE TYPE _____

SERVICE FOR __Wordly Exhibits__

__Corporal Erin Hobbs__, being duly sworn on his oath states that he/she is an authorized Deputy Sheriff for the County of Marion, State of Indiana. Affiant further states that he/she is not a party to this action or related to any party thereto. Affiant further states that he/she has reviewed the records of the Marion County Sheriff's Office and can state those records reflect that the Legal Papers were served in the following manner:

- **PERSONAL SERVICE**
  Served Legal Papers by reading to X_____ and delivering to him/her a true copy of the same.
  ___Refused Signature

- **COPY 1**
  Left on the door of the residence
  ___Mailed

- **COPY 2**
  Left with X_____
  ___Refused Signature

- **COPY 3**
  Left at Place of Employment X_____
  ___Refused Signature

- **CORPORATE SERVICE**
  Served X __[signature] Bright__    X __[signature]__ TITLE of said corporation.
  ___Refused Signature

- Made a diligent search, and failed to find any of the within named defendants within his/her bailiwick was **NOT FOUND**
  ___NF1 - Vacant ____ or Invalid Address ____
  ___NF2 – Not in Marion County
  ___NF3 – All other reasons _____
  ___NF4 – Returned After 3 Attempts for Personal Service
  ___NF5 – No Longer Employed

Served/Not Served at __5201 Park Emerson Dr #A__ on this __28__ day of __March__ 20__18__ at __1354__

John R. Layton
Sheriff of Marion County, Indiana

By __[signature]__
Deputy Sheriff

Sworn to and subscribed to before me, a Notary Public, in and for Marion County, Indiana this __29__ day of __March__ 20__18__

__[signature]__    __4-14-2?__
Notary Public    My Commission Expires
Paula Lunden

5201 Park Emerson Dr
# A

## MICHELE J. BRAUN, ESQ.
### Attorney at Law
### 1906 Maplewood Road
### Northbrook, Illinois 60062

Office: 847-559-8406　　　　　　　　　　　　　　　　　　　　　　　　Cell: 847-721-8406
Email: Michele@mjbraunlaw.com　　　　　　　　　　　　　　　　Website: mjbraunlaw.com

March 23, 2018

Marion County Sheriff's Office
Judicial Enforcement Division
200 East Washington Street Suite 1122
Indianapolis, IN 46204

RE:　HP Tuners LLC v Worldly Exhibits
　　　Case No: 18-cv-2063

Dear Sheriff:

Enclosed please find three copies of a Summons, two copies of the Complaint, two copies of the Notice of Mandatory Initial Discovery and two copies of the Standing Order in the above matter along with a check for $88.00. Please serve Worldly Exhibits with one copy of each at the address indicated on the Summons and return your affidavit of service in the enclosed self-addressed, postage prepaid, envelope.

Should you require any additional information, please let me know.

Thank you.

　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　Michele J. Braun

Encl.