IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP Tuners LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-cv-2063 |
| | ) |
| Worldly Exhibits | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

To: Worldly Exhibits
5201 Park Emerson Drive Suite A
Indianapolis, IN 46203

PLEASE TAKE NOTICE that on _May 8_, 2018 at _9:00_ a.m., the undersigned will appear before the Honorable Judge Thomas M. Durkin in Room 1441, U.S. District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Plaintiff's Motion for Default Judgment, a copy of which is hereby served on you.

HP Tuners LLC

_____
One of their Attorneys

Michele J. Braun
Law Offices of Michele J. Braun
1906 Maplewood Rd.
Northbrook, IL 60062
847-559-8406
Michele@mjbraunlaw.com
ARDC no. 6187398

## Certificate of Service

    I, Michele J. Braun, an attorney, being first duly sworn under oath, deposes and states that I served the above and foregoing notice, together with a copy of the document referred to therein, upon the individual identified above, by placing same in a properly addressed envelope with correct postage affixed thereto and depositing same in the U.S. Mail on or before the hour of 5:00 p.m. on April 30, 2018.

                                                               Michele J. Braun