# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

HP Tuners LLC

                       Plaintiff,

v.                                                    Case No.: 1:18−cv−02063
                                                   Honorable Thomas M. Durkin

Worldly Exhibits

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 8, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for default judgment [9] is entered and continued to 5/22/2018 at 9:00 a.m. Defendant states that he is in the process retaining counsel. Motion hearing held on 5/8/2018. The 6/8/2018 status date is vacated. Motion hearing set for 5/22/2018 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.