**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HP Tuners, LLC, | Civil Action No. 17−cv−02063 |
| Plaintiff, | The Honorable Thomas Durkin Presiding Judge |
| v. | |
| Worldly Exhibits, | The Honorable Young B. Kim Magistrate Judge |
| Defendant. | |

**NOTICE OF FILING AND SERVICE**

I hereby certify that on May 21, 2018, I electronically filed ***Defendant's Answer and Affirmative Defense*** with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, which will send notification of such filing to:

Michele J. Braun
Law Offices of Michele J. Braun
1906 Maplewood Road
Northbrook, IL 60062
847-559-8406
Michele@mjbraunlaw.com

| | |
|---|---|
| Dated: May 21, 2018 | Respectfully submitted, |
| | **WORLDLY EXHIBITS** |
| | By: /s/ Dennis F. Esford |
| | One of Their Attorneys |

Dennis F. Esford, ARDC #6281760
**Windy City Trial Group, Inc.**
233 S. Wacker Drive, Suite 2290
Chicago, Illinois 60606
312-405-7725
denny@windycitytrialgroup.com