# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

HP Tuners LLC

      Plaintiff,

v.               Case No.: 1:18−cv−02063
                 Honorable Thomas M. Durkin

Worldly Exhibits

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 22, 2018:

  MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 5/22/2018. Plaintiff's Motion for Default Judgment [9] is denied. This case is referred to Magistrate Judge Kim for a settlement conference. Mailed notice. (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.