# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

HP Tuners LLC

                Plaintiff,

v.                                       Case No.: 1:18−cv−02063
                                          Honorable Thomas M. Durkin

Worldly Exhibits

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Young B. Kim for the purpose of holding proceedings related to: settlement conference. Mailed notice. (lf, )

Dated: May 22, 2018

                                                                                 /s/ Thomas M. Durkin

                                                                              United States District Judge