## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

HP Tuners LLC
                    Plaintiff,

v.                                          Case No.: 1:18−cv−02063
                                            Honorable Thomas M. Durkin

Worldly Exhibits
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 30, 2018:

    MINUTE entry before the Honorable Young B. Kim: Preliminary settlement discussion held by phone. An in−person settlement conference is scheduled for July 6, 2018, at 10:00 a.m. in courtroom 1019. If this date and time pose a scheduling conflict for those who are required to appear, parties are to contact the court by 3:00 p.m. tomorrow. If the settlement conference must be rescheduled, it will be rescheduled for August 6, 2018. Parties are ordered to view and follow this court's standing order on "Settlement Conferences" on its webpage. The individuals with the authority to settle this matter must appear in person. Plaintiff to provide a written settlement position to Defendant, with a copy to the court (settlement_statement_kim@ilnd.uscourts.gov) by June 22, 2018. Defendant to respond in writing, with a copy to the court, by June 29, 2018. (The court will modify this schedule if the settlement conference must take place on August 6, 2018.) If the settlement position statements, along with exhibits and other documents to be submitted, are more than 10 pages, parties must submit a hard copy by hand delivery or by mail to Chambers 1000. These settlement position statements are not to be filed with the clerk's office. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.