# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

HP Tuners LLC

        Plaintiff,

v.              Case No.: 1:18−cv−02063
             Honorable Thomas M. Durkin

Worldly Exhibits

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 6, 2018:

  MINUTE entry before the Honorable Young B. Kim: Settlement conference held by phone and continued to August 29, 2018, at 12:00 p.m. in courtroom 1019. Today's in−person settlement conference is rescheduled because the individual with the authority to settle on behalf of Defendant experienced an emergency which required him to travel out of state. The court will reach out to each side privately by phone and by email to continue with the settlement discussion. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.