# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

HP Tuners LLC

                    Plaintiff,

v.                                                   Case No.: 1:18−cv−02063
                                                  Honorable Thomas M. Durkin

Worldly Exhibits

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 28, 2018:

      MINUTE entry before the Honorable Young B. Kim: At the parties' request, tomorrow's settlement conference is rescheduled for October 17, 2018, at 12 p.m. in courtroom 1019. The court and the parties have been discussing settlement since the exchange of settlement position statements and the parties require additional documentation and information in order to hold a more productive conference. Mailed notice (ma,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.