**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HP Tuners, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Worldly Exhibits, <br><br> Defendant. | Civil Action No. 17−cv−02063 <br><br> The Honorable Thomas Durkin <br> Presiding Judge <br><br> The Honorable Young B. Kim <br> Magistrate Judge |

**STIPULATION OF DISMISSAL**

Plaintiff HP Tuners, LLC and Defendant Worldly Exhibits having reached a settlement in this matter, and therefore pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate as follows:

1. Plaintiffs' Complaint (ECF 1) in the above-entitled cause is dismissed *without prejudice*, the parties to bear their own attorneys' fees and costs.

2. Absent notice to the contrary and without further order of this Court, on June 19, 2019 the aforementioned dismissal is deemed *with prejudice*.

3. The status date of November 8, 2018 is stricken.

Dated: November 1, 2018　　　　　　　　　　　Respectfully Submitted,

**HP TUNERS, LLC**　　　　　　　　　　　　　**SCOTT STEINBROOK, d/b/a
　　　　　　　　　　　　　　　　　　　　　　WORLDLY EXHIBITS**

By: */s/ Michele J. Braun*
　　One of Its Attorneys　　　　　　　　　　By: */s/ Dennis F. Esford*
　　　　　　　　　　　　　　　　　　　　　　　One of His Attorneys

Michele J. Braun (ARDC#6187398)　　　　　Dennis F. Esford (#6281760)
Law Offices of Michele J. Braun　　　　　　Windy City Trial Group, Inc.
1906 Maplewood Road　　　　　　　　　　　233 S. Wacker Drive, Suite 2290
Northbrook, IL 60062　　　　　　　　　　　Chicago, IL 60606
P: 847-559-8406　　　　　　　　　　　　　　P: 312-405-7725
E: Michele@mjbraunlaw.com　　　　　　　　E: denny@windycitytrialgroup.com

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that a copy of the foregoing document was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the ECF system on November 1, 2018, which will send notification of such filing to all current counsel of record.

*/s/ Dennis F. Esford*