IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HP Tuners LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-2063 |
| | ) | |
| Worldly Exhibits | ) | |
| | ) | |
| Defendant. | ) | |

**UNCONTESTED MOTION TO REINSTATE CASE FOR ENTRY OF CONSENT JUDGMENT PURSUANT TO TERMS OF SETTLEMENT AGREEMENT**

Plaintiff, HP Tuners LLC ("HPT" or "Plaintiff"), by and through its attorney, Michele J. Braun, and pursuant to the terms of the parties Settlement Agreement and Release, respectfully moves this Court to reinstate the above–captioned matter for the sole purpose of entering the attached Order and Consent Judgment that is properly executed by both parties and marked as Exhibit A.

Although the confidential Settlement Agreement and Release authorizes Plaintiff to file Exhibit A without further notice, notice of this motion has been provided to Scott Steinbrook d/b/a Worldly Exhibits and to his former attorney, Denny F. Esford, Esq.

WHEREFORE, the Plaintiff, HP Tuners, LLC, prays that this Court enters an Order, in accordance with this motion and for any further relief that this Court deems just and proper.

    Respectfully submitted,

    HP Tuners, LLC

    By: /s/ Michele J. Braun
        One of Its Attorneys

Michele J. Braun
Law Offices of Michele J. Braun
1906 Maplewood Rd.
Northbrook, IL 60062

847-559-8406
Michele @mjbraunlaw.com
ARDC no. 6187398