# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP Tuners, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Worldly Exhibits,<br><br>Defendant. | Civil Action No. 18-cv-02063<br><br>The Honorable Thomas Durkin<br>Presiding Judge<br><br>The Honorable Young B. Kim<br>Magistrate Judge |

## ORDER AND CONSENT JUDGMENT

This matter having come before the Court pursuant to the Parties' *Settlement Agreement and Release* (the "Agreement") and the Court otherwise being fully advised in the premises, grants the following relief:

IT IS ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff HP TUNERS, LLC and against Scott Steinbrook, d/b/a Defendant Worldly Exhibits in the amount of Twenty Thousand Dollars and Zero Cents ($20,000), minus payments made by Defendant, plus post-judgment interest on the judgment balance accruing at the interest rate in effect on the date of the entry of this Order pursuant to 28 U.S.C §1961.

Costs and attorney fees incurred by HPT Tuners, LLC, if any, in obtaining and enforcing this Consent Judgment are taxed to Scott Steinbrook, d/b/a Defendant Worldly Exhibits. All other matters before the Court in this action are hereby resolved and this is a final judgment.

The Consent Judgment is hereby agreed to and submitted by:

_____ 10/30/18
Scott Steinbrook, individually

| | |
|---|---|
| SCOTT STEINBROOK,<br>d/b/a Worldly Exhibits. | HP TUNERS, INC. |
| By: _____<br>One of his Attorneys | By: |
| Denny Esford<br>Windy City Trial Group, Inc.<br>Sears (Willis) Tower<br>233 S. Wacker Drive, Suite 2290<br>Chicago, IL 60606<br>(P) 312-405-7725<br>denny@windycitytrialgroup.com | By: _____<br>One of its Attorneys |
| *Attorneys for Defendant* | Michele J. Braun<br>Law Offices of Michele J. Braun<br>1906 Maplewood Road<br>Northbrook, IL 60062<br>847-559-8406<br>Michele@mjbraunlaw.com |
| DATED: _____, 2019. | *Attorney for Plaintiff* |

ENTERED: _____

_____
Honorable Judge Presiding

8