IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HP Tuners LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-2063 |
| | ) | |
| Worldly Exhibits | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Scott Steinbrook
3911 E. Edgewood Ave
Indianapolis, Indiana 46237
ssteinbrook@worldlyexhibits.com

PLEASE TAKE NOTICE that on April 30, 2019 at 9:00 a.m., the undersigned will appear before the Honorable Judge Thomas M. Durkin in Room 1441, U.S. District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Plaintiff's Uncontested Motion to Reinstate Case for Entry of Consent Judgment Pursuant to Terms of Settlement Agreement, a copy of which is hereby served on you.

                HP Tuners LLC

                By: /s/ Michele J. Braun
                    One of Its Attorneys

Michele J. Braun
Law Offices of Michele J. Braun
1906 Maplewood Rd.
Northbrook, IL 60062
847-559-8406
Michele @mjbraunlaw.com
ARDC no. 6187398

**Certificate of Service**

I, Michele J. Braun, an attorney, hereby certify that on April 15, 2019, I caused a copy of the foregoing **NOTICE OF MOTION** and **UNCONTESTED MOTION TO REINSTATE CASE FOR ENTRY OF CONSENT JUDGMENT PURSUANT TO TERMS TO SETTLEMENT AGREEMENT** to be served on the following person via the Court's CM-ECF system:

Dennis F. Esford, Esq.
Windy City Trial Group, Inc.
233 S. Wacker Drive, Suite 2290
Chicago, Illinois 60606
312-405-7725
denny@windycitytrialgroup.com

I also served the foregoing notice, together with a copy of the document referred to therein, upon the individual identified below, via email and by placing same in a properly addressed envelope with correct postage affixed thereto and depositing same in the U.S. Mail on or before the hour of 5:00 p.m. on April 15, 2019.

Scott Steinbrook d/b/aWorldly Exhibits
5201 Park Emerson Drive Suite A
Indianapolis, IN 46203
ssteinbrook@worldlyexhibits.com

Scott Steinbrook
3911 E. Edgewood Ave
Indianapolis, Indiana 46237


April 15, 2019                    By:    /s/Michele J. Braun
                                         One of Its Attorneys



Michele J. Braun
Law Offices of Michele J. Braun
1906 Maplewood Rd.
Northbrook, IL 60062
847-559-8406
Michele @mjbraunlaw.com
ARDC no. 6187398