IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HP Tuners, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Worldly Exhibits,<br><br>Defendant. | Civil Action No. 18-cv-02063<br><br>The Honorable Thomas Durkin<br>Presiding Judge<br><br>The Honorable Young B. Kim<br>Magistrate Judge |

## ORDER AND CONSENT JUDGMENT

This matter having come before the Court pursuant to the Parties' *Settlement Agreement and Release* (the "Agreement") and the Court otherwise being fully advised in the premises, grants the following relief:

IT IS ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff HP TUNERS, LLC and against Scott Steinbrook, d/b/a Defendant Worldly Exhibits in the amount of Twenty Thousand Dollars and Zero Cents ($20,000), minus payments made by Defendant, plus post-judgment interest on the judgment balance accruing at the interest rate in effect on the date of the entry of this Order pursuant to 28 U.S.C §1961.

Costs and attorney fees incurred by HPT Tuners, LLC, if any, in obtaining and enforcing this Consent Judgment are taxed to Scott Steinbrook, d/b/a Defendant Worldly Exhibits. All other matters before the Court in this action are hereby resolved and this is a final judgment.

The Consent Judgment is hereby agreed to and submitted by:

_____ 10/30/18
Scott Steinbrook, individually

SCOTT STEINBROOK,
d/b/a Worldly Exhibits.

By: _____
One of his Attorneys

Denny Esford
Windy City Trial Group, Inc.
Sears (Willis) Tower
233 S. Wacker Drive, Suite 2290
Chicago, IL 60606
(P) 312-405-7725
denny@windycitytrialgroup.com

*Attorneys for Defendant*

DATED: _____, 2019.

HP TUNERS, INC.

By:

By: _____
One of its Attorneys

Michele J. Braun
Law Offices of Michele J. Braun
1906 Maplewood Road
Northbrook, IL 60062
847-559-8406
Michele@mjbraunlaw.com

*Attorney for Plaintiff*

ENTERED: 4/16/2019

_____
Honorable Judge Presiding